On respondents' petition for reconsideration filed September 4, reconsideration allowed; opinion (176 Or App 194, 30 P3d 1214) adhered to as modified October 31, 2001

Kenny WALTERS,
*Plaintiff,*

*and*

Sherri WALTERS
and Cheyenne L. Walters,
by and through her
guardian ad litem Sherri Walters,
*Respondents,*

*v.*

John M. HOBBS, M.D.,
and John M. Hobbs, Jr., M.D., P.C.,
an Oregon professional corporation,
*Appellants,*

*and*

MERLE WEST MEDICAL CENTER,
an Oregon non-profit corporation,
*Defendants.*

9500602CV; A102298

33 P3d 1067

Rebecca Whitney-Smith and Ratliff & Whitney-Smith for petition.

Before Haselton, Presiding Judge, and Deits, Chief Judge,* and Wollheim, Judge.

HASELTON, P. J.

_____

* Deits, C. J., *vice* Ceniceros, S. J.

**HASELTON, P. J.**

Plaintiffs petition for reconsideration of our opinion in *Walters v. Hobbs*, 176 Or App 194, 30 P3d 1214 (2001), in which we affirmed, without discussion, an award of damages to plaintiff Cheyenne Walters, and reversed an award to plaintiff Sherri Walters. Plaintiffs point out that we erroneously stated in our opinion that the jury awarded Cheyenne Walters $57,741 in economic damages when, in fact, the jury awarded Cheyenne Walters $577,741 in economic damages. We agree and correct our misstatement.

The amount of economic damages awarded to Cheyenne Walters makes no difference in our analysis in the case. However, because we affirmed the award of damages to Cheyenne Walters without discussion, we correct the error in order to make clear to the trial court what portions of its judgment we have affirmed.

Reconsideration allowed; opinion adhered to as modified.